UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

**Case Number:09-10025-CIV-MARTINEZ-WHITE**

DELROY ROBINSON,

    Plaintiff,

vs.

RICHARD CALENDA,

    Defendant.
_____/

### ORDER NOT ADOPTING MAGISTRATE JUDGE WHITE'S REPORT, GRANTING PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT, AND REFERRING CASE TO MAGISTRATE JUDGE WHITE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Plaintiff's pro se civil complaint. Magistrate Judge White filed a Report, recommending that this case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. Plaintiff has responded with objections and a request to amend his complaint to seek the return of his property pursuant to Federal Rule of Criminal Procedure 41(g) and to add the United States as a party. "When an owner invokes Rule 41(g) after the close of all criminal proceedings, the court treats the motion for return of property as a civil action in equity." *United States v. Howell*, 425 F. 3d 971, 974 (11th Cir. 2005). Based upon Plaintiff's motion to amend to add a potentially viable claim to his complaint, the Court grants Plaintiff's request to file an amended complaint and does not adopt Magistrate Judge White's Report.[1] Therefore, it is hereby:

---

[1]The Court also notes that Plaintiff previously filed a motion in his criminal case for the return of his property, which Judge King denied without prejudice to Plaintiff refiling his request

**ORDERED and ADJUDGED** that

1.  United States Magistrate Judge White's Report **(D.E. No. 8)** is not adopted.

2.  Plaintiff's Motion to Amend his Complaint (D.E. No. 11) is **GRANTED**. On or before, **May 29, 2009** Plaintiff shall file an amended complaint, adding the United States as a party and referencing Federal Rule of Criminal Procedure 41(g). Failure to file an amended complaint by this deadline will result in the immediate dismissal without prejudice of this case.

3.  Pursuant to Administrative Order 2003-19, this case is referred back to Magistrate Judge White for a Report on Plaintiff's Amended Complaint and for a ruling on all pre-trial, nondispositive matters and for a Report and Recommendation on any dispositive matters.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of May, 2009.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Delroy Robinson

---

in a separate civil action. *See* (D.E. No. 65 in Case No. 01-cr-10008-JLK).